# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 15, 2019

## NO. 03-18-00205-CV

**Richard A. Dunsmore, Appellant**

**v.**

**Janet Latham, Appellee**

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on March 9, 2018. Having reviewed the record, the Court holds that Richard A. Dunsmore has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.